**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6981**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

LEONUS STEVENSON PETERSON, a/k/a Doe, a/k/a Doughboy,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:18-cr-00090-JAG-1)

_____

Submitted:  April 10, 2025                                      Decided:  April 15, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leonus Stevenson Peterson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonus Stevenson Peterson appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motions for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The district court clearly understood its authority to reduce Peterson's sentence and recognized Peterson's postsentencing conduct, but the court declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*